## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| LISA DIAMOND, surviving mother of Jeremy Gelinas, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:   4:17-cv-02485 |
| FORD MOTOR COMPANY, | ) ) | |
| Defendant. | ) | |

## RECEIPT AND SATISFACTION OF JUDGMENT

COMES NOW Lisa Diamond, surviving mother of Jeremy Gelinas, on behalf of the class

of individuals defined in § 537.080 R.S. Mo., and represents to the Court, by and through

counsel, that she has received payment in satisfaction of the Court's Judgment and Order

Approving Settlement and Apportioning Settlement Proceeds of Wrongful Death Claim, entered

on the 19th day of February, 2019.

THE TRACY FIRM


By:      */s/ E. Todd Tracy*_____
E. Todd Tracy, admitted *pro hac vice*
Andrew G. Counts, admitted *pro hac vice*
4701 Bengal Street
Dallas, Texas  75235
EToddTracy@vehiclesafetyfirm.com
ACounts@vehiclesafetyfirm.com
T:  (214) 324-9000
F:  (918) 387-2205